IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO: 5:14-MC-45-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Petitioner, ) | ORDER |
| ) | |
| v. ) | |
| ) | |
| JAMAL N. BOLDEN, ) | |
| ) | |
| Respondent. ) | |

Upon application of the United States of America, on behalf of the Local Court of Wurzburg, Germany, seeking testimony from Jamal N. Bolden, who resides within the jurisdiction of this Court, for use in a judicial proceeding in the above-captioned Court, and the Court having read the Letter of Request from the German Court and being fully informed in the premises, it is hereby

ORDERED, pursuant to the authority contained in Section 1782, Title 28, United States Code, that Robert B. Jones, Jr., United States Magistrate, be and hereby is appointed as Commissioner, to take such steps as are necessary to collect two buccal swabs, a representative photo, and thumbprints from Jamal N. Bolden as requested by the Local Court of Wurzburg, Germany.

This 21st day of October 2014.

                                              */s/ Louis W. Flanagan*
                                            UNITED STATES DISTRICT JUDGE